

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erika Quintero McColley, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>V.<br><br>(See attachment)<br><br><br>Defendant. | Civil Action No.  25-cv-2372-GPC-MSB<br><br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Defendants' motion to dismiss the case based on the first-to-file rule, ECF No. 8. The Court DENIES as moot Defendants' motion to dismiss pursuant to Rule 12(b)(6), ECF No. 7. Plaintiff's claims are DISMISSED without prejudice. The case is hereby closed.

Date:         1/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Olsen

J. Olsen, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 25-cv-2372-GPC-MSB

Defendant(s):

Pacific Maritime Association;
Pacific Maritime Association, Inc.;
APM Terminals Pacific LLC;
APS Stevedoring, LLC;
Benicia Port Terminal Company;
Ceres Terminals Incorporated;
Crescent City Marine Ways & Drydock Company, Inc.;
Eagle Marine Services, LTD.;
Everport Terminal Services, Inc.;
Harbor Industrial Services Corporation;
Innovative Terminal Services, Inc.;
International Transportation Service Inc.;
Kinder Morgan Bulk Terminals LLC;
LBCT, LLC;
Marine Terminals Corporation;
Marine Terminals Corporation of Los Angeles;
Matson Navigation Company, Inc.;
Matson Terminals, Inc.;
Metropolitan Stevedore Company;
Ocean Terminal Services, Inc.;
Pacific Crane Maintenance Company LP;
Pacific Ro-Ro;
Stevedoring, LLC;
Pasha Stevedoring & Terminals LP;
Port Maintenance Group;
SSA Marine, Inc.;
SSA Terminals, LLC;
Terminal Equipment Services, Inc.;
Total Terminals International, LLC;
Transpac Terminal Services, LLC;
Trapac, LLC;
Yusen Terminals, Inc.;
Does 1 through 100, inclusive.